**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lazaro Despaigne Borrero,

Plaintiff,

Civil No. 01-731 (RHK/FLN)

vs.

**ORDER**

Dave Lindemann, Dean A. Hove, Curtis Aljets, Charles Arendale, Eric Quellette, Bruce Norum, and persons unknown,

Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 14, 2001, the Objections filed with respect thereto, and this Court's de novo review of the matter:

1. The Objections (Doc. No. 4) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

3. Plaintiff's Application to Proceed Without Prepayment of Fees, (Doc. No. 2) is **DENIED**; and

4. This action is summarily **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 25, 2001

RICHARD H. KYLE
United States District Judge

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 29 2001
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

MAY 29 2001

DATE MAILED TO COUNSEL/PRO SE PARTIES: MAY 29 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995