# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lazaro Despaigne Borrero

Case No. Civil 01-731RHK/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Dave Lindemann, Dean A. Hove, Curtis Aljets, Charles Arendale, Eric Quellette, Bruce Norum and persons unknown

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are **OVERRULED**; the report and recommendation is **ADOPTED**; plaintiff's application to proceed without prepayment of fees is **DENIED** and this action is summarily **DISMISSED WITHOUT PREJUDICE** pursuant to 28 USC 1915(2)(e)(B)(ii).

DATE: May 29, 2001

FRANCIS E. DOSAL, CLERK

______________________________

Denise La Fond, Deputy Clerk